Official Form 20A
(12/03)

# United States Bankruptcy Court
## Northern District of California

In re **John Russell Riccitelli**
**Gina R Riccitelli**
_____

Case No. **10-50976** _____
Chapter **13** _____

Debtor
**1371 Carrie Lee Way**
Address **San Jose, CA 95118**
_____
Employer's Tax Identification (EIN) No(s).  _____
Last four digits of Social Security No(s).   **xxx-xx-4434 & xxx-xx-6924** _____

## NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO VALUE REAL PROPERTY PURSUANT TO LOCAL RULE 9014-1

**DEBTORS have filed papers with the court MOVING THE COURT TO SET A VALUE ON REAL PROPERTY.**

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to GRANT THE MOTION TO VALUE REAL PROPERTY, or if you want the court to consider your views on your objection, then you or your attorney must TAKE NOTE OF THE FOLLOWING:

### NOTICE IS HEREBY GIVEN

(i) That Bankruptcy Local Rule 9014-1 of the United States
Bankruptcy Court for the Northern District of California prescribes the
procedures to be followed and that any objection to the requested relief, or
a request for hearing on the matter, must be filed and served upon the
initiating party within 20 days of mailing of the notice;
(ii) That a request for hearing or objection must be
accompanied by any declarations or memoranda of law the party objecting
or requesting wishes to present in support of its position;
(iii) That if there is not a timely objection to the requested relief
or a request for hearing, the Court may enter an order granting the relief
by default; and
(iv) Either:
(a) That the initiating party will give at least 10 days written notice of hearing to the
objecting or requesting party, and to any trustee or committee appointed in the case, in the event
an objection or request for hearing is timely made; or (b) The tentative hearing date.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date **February 15, 2010** _____

Signature **/s/ Guy David Chism, Esq. CA** _____
Name **Guy David Chism, Esq. CA SBN244284**
Address **Law Offices of Guy David Chism, Esq.**
**101 Church Street Suite 15**
**Los Gatos, CA 95030 408-399-0660**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy